**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARK ANTHONY REYES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-09-83-M |
| ) | |
| H. LEDEZMA, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On April 23, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241 challenging the decision of the United States Bureau of Prisons ("BOP") that he is ineligible for early release under 18 U.S.C. § 3621(e). The Magistrate Judge recommended that the Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241 be denied. Petitioner was advised of his right to object to the Report and Recommendation by May 13, 2009. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 23, 2009, and

(2) DENIES the Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 14th day of May, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE